IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THYRONE CONNOR,

    Petitioner,               No. CIV S-99-0957 LKK JFM P

    vs.

ATTORNEY GENERAL FOR THE
STATE OF CALIFORNIA,

    Respondent.             <u>ORDER</u>

                       /

        On November 28, 2006 and January 3, 2007, petitioner filed letters asking the court to grant him permission to file objections to this court's May 26, 1999 findings and recommendations. On February 16, 2007, petitioner filed a letter attempting to explain his reasons why he had failed to timely object to the findings and recommendations, and stating his case was dismissed because he failed to file objections.

        However, this action was dismissed on August 2, 1999 based on petitioner's failure to exhaust state remedies. The court found petitioner had not presented his claims to the California Supreme Court. Moreover, the court cautioned petitioner that "the habeas corpus statute imposes a one year statute of limitations for filing non-capital habeas corpus petitions in federal court." (May 26, 1999 Findings and Recommendations at 2, n.2.)

1

1        Petitioner was earlier admonished that this case was closed on August 2, 1999 and
2 any further filings would be disregarded and no orders would issue in response to future filings.
3        Because it appears petitioner may be attempting to raise claims of equitable
4 tolling based on mental illness, petitioner is advised that he may wish to file a new application
5 for writ of habeas corpus.  He may not reopen this action to pursue claims he has now exhausted,
6 if, in fact, he has exhausted those claims in state court.
7        Accordingly, IT IS HEREBY ORDERED that petitioner's 2006 filings (Docket
8 Nos. 16, 17 & 18) will be placed in the court file and disregarded.  No further order will issue in
9 response to future filings.
10 DATED:  February 27, 2007.

                 _____
                 UNITED STATES MAGISTRATE JUDGE

/001; conn0957.158